# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 5, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145753

MICHIGAN ALLIANCE FOR
PROSPERITY,
        Plaintiff-Appellant,

v

                                   SC: 145753
                                   COA: 312083

BOARD OF STATE CANVASSERS,
DIRECTOR OF ELECTIONS, and
SECRETARY OF STATE,
        Defendants-Appellees.

_____

      This cause having been brought to this Court by application for leave to appeal prior to decision by the Court of Appeals on the complaint for mandamus, and having been argued by counsel and due deliberation having been had thereon, it is ordered that relief on the complaint for mandamus is granted. We direct the Board of State Canvassers to proceed as necessary to place the proposed constitutional amendment on the November 2012 election ballot. Pursuant to MCR 7.317(C)(3), the Clerk is directed to issue this judgment order forthwith. No motion for rehearing will be entertained.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 5, 2012                              _____
                                                     Clerk